IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL A. GARCIA,

      Plaintiff,

v.                                                     CV 16-1170 WPL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security Administration,

      Defendant.

**ORDER TO CURE**

      Claimant Daniel Garcia submitted an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) on October 24, 2016. (Doc. 2.) The application appears to be deficient. Garcia indicates that he has none of the expenses of modern living: no rent, no utility bills, no transportation costs, no medical expenses. Garcia admits that he spends $549.00 per month on food, but claims no other expenses. Further, Garcia states that his two daughters—ages 2 and 3—rely on him for support, but Garcia does not appear to have included any of those expenses in his application.

      Within ten days from the date of entry of this Order, Garcia will supplement his application and cure any deficiencies, or will confirm to the Court that he has no monthly expenses for rent, utilities, home maintenance, clothing, laundry and dry-cleaning, medical and dental, transportation, recreation, insurance, taxes, installment payments, support paid to others, or any other monthly expenses.

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.